**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-426 |
| | § | |
| 0.643 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND OLGA O. MOLINA | § | |
| ESCOBAR, ET AL. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

---

**COMPLAINT IN CONDEMNATION**

---

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 992-9425
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

*Fee DT Complaint*

# SCHEDULE

# A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-2043
Owner:  Olga O. Molina Escobar, *et al.*
Acres:  0.643

**Being** a 0.643 of one acre (27,995 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas and being out of a called 10.28 acre tract conveyed to Olga O. Molina Escobar, Orfelinda Molina Menchaca, Rene Molina Jr., and Rolando Molina by Partition Deed Recorded in Instrument No. 2019-348294, Official Records of Starr County, Texas (Parcel "O"-1), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2043 2044 2045", said point being in the north line of Parcel "O"-1, the south line of the remainder of a called 158.68 acre tract conveyed to Jissell Imelda Vela De Williams and Jessica Magdalena Vela De Garcia by Deed of Gift recorded in Volume 793, Page 596, Deed Records of Starr County, Texas ("First Tract") and the south line of a called 74.80 acre tract conveyed to Magdelena Molina Vde. De Garcia by Surface Rights Partition Deed Recorded in Volume 137, Page 124, Deed Records of Starr County, Texas ("Tract N"), said point having the coordinates of N=16682131.269, E=786409.827;

**Thence:** S 80-44-56 E (S 80-45-00 E, Record), with the north line of Parcel "O"-1, the south line of the 74.80 acre tract and the south line of the remainder of the 158.68 acre tract, for a distance of 100.00' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2003-3=2043-1" for the **Place of Beginning** and northwest corner of Tract RGV-RGC-2043, said point being in the north line of Parcel "O"-1, the south line of the 74.80 acre tract and the south line of the remainder of the 158.68 acre tract, said point having the coordinates of N=16682115.194, E=786508.526;

**Thence:** S 80-44-56 E (S 80-45-00 E, Record), continuing with the north line of Parcel "O"-1, the south line of the 74.80 acre tract and the south line of the remainder of the 158.68 acre tract, for a distance of 200.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2003-2=2043-2" for the northeast corner of Tract RGV-RGC-2043, said point being in the north line of Parcel "O"-1, the south line of the 74.80 acre tract and the south line of the remainder of the 158.68 acre tract; said point bears N 52-53-10 W, a distance of 2501.77' from United States Army Corps of Engineers Control Point No. 138;

## SCHEDULE C (Cont.)

**Thence:** S 14-35-48 W, departing the south line of the 74.80 acre tract and the south line of the remainder of the 158.68 acre tract, over and across Parcel "O"-1, for a distance of 139.97' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2043-3=2044-2" for the southeast corner of Tract RGV-RGC-2043, said point being in the south line of Parcel "O"-1 and the north line of a called 10.28 acre tract conveyed to Alma Nora Ibarra, Aaron Sandoval Jr., Abel Adalberto Sandoval, Juan Louis Sandoval Jaime Joel Sandoval, Rodolfo Sandoval and Ricardo Sandoval by Partition Deed recorded in Instrument No. 2019-348295, Official Records, Starr County, Texas (Parcel "O"-2);

**Thence:** N 80-45-00 W (N 80-45-00 W, Record), with the south line of Parcel "O"-1 and the north line of Parcel "O"-2, for a distance of 200.87' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2043-4=2044-1" for the southwest corner of Tract RGV-RGC-2043, said point being in the south line of Parcel "O"-1 and the north line of Parcel "O"-2;

**Thence:** N 14-35-48 E, departing the north line of Parcel "O"-2, over and across Parcel "O"-1, for a distance of 139.98' to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 80°44'56" E | 200.87' | S 80°45'00" E | N/A |
| L2 | S 14°35'48" W | 139.97' | N/A | N/A |
| L3 | N 80°45'00" W | 200.87' | N 80°45'00" W | N/A |
| L4 | N 14°35'48" E | 139.98' | N/A | N/A |
| L5 | S 80°44'56" E | 100.00' | S 80°45'00" E | N/A |

COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|--------------|----------|---------|----------------------|
| 1 | 16682115.194 | 786508.526 | RGV-RGC-2003-3=2043-1 |
| 2 | 16682082.901 | 786706.787 | RGV-RGC-2003-2=204.3-2 |
| 3 | 16681947.447 | 786671.513 | RGV-RGC-2043-3=2044-2 |
| 4 | 16681979.736 | 786473.251 | RGV-RGC-2043-4=2044-1 |
| 5 | 16682131.269 | 786409.827 | POC RGV-RGC-2043 2044 2045 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

DETAIL
SCALE: 1" = 30'





**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7288 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

| METES & BOUNDS SURVEY | | | | | | BY | DATE |
|---|---|---|---|---|---|---|---|
| OLGA O. MOLINA ESCOBAR, ORFELINDA MOLINA MENCHACA | Mark | Description | Date | Appd | Drawn | TPA | 09/19 |
| RENE MOLINA JR., AND ROLANDO MOLINA | | | | | Checked | LMK | 09/19 |
| TRACT No. RGV-RGC-2043 | | | | | Surveyed | JOB | 09/19 |
| STARR COUNTY     TEXAS | | | | | Fld.Bk. # | XXX | |

CONTRACT No: W9127S-14-D-0013
TO: W9127S-18-F-0139


**ENGINEERING, INC.**
603 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com


US Army Corps of Engineers

Drawing Ref. No. 6
SHEET 4 OF 6

MDS PROJ. NO. 18-200-00     FILE NAME: RGV-RGC-2043     DATE: 09/27/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-RGC-2043
Owner:  Olga O. Molina Escobar, *et al.*
Acreage:  0.643

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-2043
Owner:  Olga O. Molina Escobar, *et al.*
Acres:  0.643

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands described in the conveyance recorded with Official Records of Starr County, Texas, Document Number 2019-348294, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is SIX THOUSAND

DOLLARS AND NO/100 ($6,000.00), to be deposited herewith in the Registry of the

Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Olga O. Molina Escobar**<br><br>Roma, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rolando Molina**<br><br>Kyle, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Orfelinda Molina Menchaca**<br><br>Roma, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rene Molina, Jr.**<br><br>Houston, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Alma Nora Ibarra**<br><br>Houston, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Aaron Sandoval, Jr.**<br><br>McAllen, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **The Unknown Heirs of Abel Adalberto Sandoval, deceased**<br>c/o Ricardo Sandoval<br><br>Houston, Texas | **RGV-RGC-2043**<br>Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |

| **Ricardo Sandoval**<br><br>Houston, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
|---|---|
| **Juan Luis Sandoval**<br><br>Mission, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Jaime Joel Sandoval**<br><br>McAllen, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rodolfo Sandoval**<br><br>Cedar Park, TX | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Maria Magdalena Escobar**<br><br>Roma, Texas | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Tomas Molina**<br>c/o Maria Escobar<br><br>Roma, Texas | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Juan Abel Molina**<br>c/o Maria Escobar<br><br>Roma, Texas | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **David Molina**<br>c/o Maria Escobar<br><br>Roma, Texas | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Martha Irene Young**<br>c/o Maria Escobar<br><br>Roma, Texas | **RGV-RGC-2043**<br>Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Martin H. Molina** | **RGV-RGC-2043** |

| Address Unknown | Gift Deed, Document No. 2005-246526. Recorded May 13, 2005, Official Records of Starr County, Texas |
|---|---|
| **Martin Molina** Address Unknown | **RGV-RGC-2043** Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Yolanda M. Belmontes** Kingsville, Texas | **RGV-RGC-2043** Partition Deed, Document No. 2019-348294. Recorded March 5, 2019, Official Records of Starr County, Texas |
| **Rodolfo R. Molina, Jr. a/k/a Rudy Molina** McAllen, Texas | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Eliza Nelly Molina** Weslaco, Texas | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Jose Trinidad Molina** Mission, Texas | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Marilu Molina** Austin, TX | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Dina Scott** Austin, TX | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Iliana Molina aka Illiana M. Flores** La Grange, TX | **RGV-RGC-2043** Partition Deed, Document 2019-348298; Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Myrna Elena Rodriguez** | **RGV-RGC-2043** Partition Deed, Document 2019-348298; |

| | |
|---|---|
| Austin, TX | Recorded March 5, 2019, Deed Records of Starr County, Texas |
| **Guadalupe Soliz, Jr.**<br><br>Humble, TX | **RGV-RGC-2043**<br>Gift Deed, Document 1997-191809;<br>Recorded June 17, 1997, Deed Records of Starr County, Texas |
| **Olga Molina**<br><br>Austin, Texas | **RGV-RGC-2043**<br>Surviving Spouse of Eben E. Molina<br>Surface Rights Partition Deed,<br>Document No. 1945-22533,<br>recorded January 25, 1945,<br>Deed Records of Starr County, Texas |
| **Maria Molina**<br>**c/o Rodolfo R. Molina, Jr.**<br><br>McAllen, Texas | **RGV-RGC-2043**<br>Surviving Spouse of Rodolfo R. Molina<br>Surface Rights Partition Deed,<br>Document No. 1945-22533,<br>recorded January 25, 1945,<br>Deed Records of Starr County, Texas |
| **Vern Vanderpool**<br><br>Austin, TX | **RGV-RGC-2043**<br>Tenant Farmer |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 0.643 ACRE OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; OLGA O. MOLINA ESCOBAR, ET AL. |

| **(b)**   County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant     STARR |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Manuel Muniz Lorenzi, United States Attorney's Office, SDTX, 1701 West Bus. Hwy. 83, Ste. 600, McAllen, TX 78501 | |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government  Plaintiff
- ☐ 2   U.S. Government  Defendant
- ☐ 3   Federal Question  *(U.S. Government Not a Party)*
- ☐ 4   Diversity  *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane — ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product        Product Liability | | 28 USC 157 |        3729(a)) |
| ☐ 140 Negotiable Instrument |        Liability — ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &        Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|      & Enforcement of Judgment |        Slander        Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'        Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |        Liability — ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|        Student Loans | ☐ 340 Marine        Injury Product | |        New Drug Application | ☐ 470 Racketeer Influenced and |
|        (Excludes Veterans) | ☐ 345 Marine Product        Liability | | ☐ 840 Trademark |        Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |        Liability — **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|        of Veteran's Benefits | ☐ 350 Motor Vehicle — ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle — ☐ 371 Truth in Lending |        Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract |        Product Liability — ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |        Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal        Property Damage |        Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |        Injury — ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -        Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| |        Medical Malpractice |        Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |        Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights — **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting — ☐ 463 Alien Detainee |        Income Security Act |        or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment — ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |        Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/        Sentence | |        26 USC 7609 |        Agency Decision |
| ☐ 245 Tort Product Liability |        Accommodations — ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | | |        State Statutes |
| |        Employment — **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| |        Other — ☐ 550 Civil Rights | ☐ 465 Other Immigration | | |
| | ☐ 448 Education — ☐ 555 Prison Condition |        Actions | | |
| | ☐ 560 Civil Detainee - | | | |
| |        Conditions of | | | |
| |        Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original  Proceeding
- ☐ 2   Removed from  State Court
- ☐ 3   Remanded from  Appellate Court
- ☐ 4   Reinstated or  Reopened
- ☐ 5   Transferred from  Another District  *(specify)*
- ☐ 6   Multidistrict  Litigation -  Transfer
- ☐ 8   Multidistrict  Litigation -  Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 U.S.C. 3113 and 3114

Brief description of cause:
Land condemnation proceeding for fee simple interest to construct, install, operate, and maintain border security

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE    Judge Randy Crane        DOCKET NUMBER    7:20-CV-267

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 12/21/2020 | s/ Manuel Muniz Lorenzi |

**FOR OFFICE USE ONLY**

RECEIPT #  _____    AMOUNT  _____    APPLYING IFP  _____    JUDGE  _____    MAG. JUDGE  _____